**Ruby RICHMOND, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**Nos. WD 76553, WD 76554, WD 76555, WD 76556.**

Missouri Court of Appeals, Western District.

June 3, 2014.

Ruby Richmond, Brentwood, TN, Appellant, pro se.

Ninion S. Riley, Jefferson City, MO, for Respondent.

Before Division III: THOMAS H. NEWTON, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Ruby Richmond appeals four rulings of the Labor and Industrial Relations Commission affirming the dismissal of her appeals of four different determinations by the Division of Employment Security that she was disqualified from receiving unemployment benefits. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The Commission's rulings are affirmed. Rule 84.16(b).